UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PEDRO RODRIGUEZ-HENRIQUEZ,

Petitioner,

v.

NATHALIE ASHER, et al.,

Respondents.

Case No. C14-1719-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. On February 20, 2015, Petitioner was released on bond from immigration custody.

2. Due to his release, Petitioner's claims are now moot.

3. The Court declines to adopt the Report and Recommendation.

4. Petitioner's habeas petition, Dkt. 1, is DISMISSED, and the temporary stay of removal, Dkt. 2, is VACATED.

5. The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL - 1

DATED this 24 day of February 2015.

                                                                                 RICARDO S. MARTINEZ
                                                                                 UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2